UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ELIAZIN OCAMPO NOLASCO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00506-MPB-MJD |
| | ) | |
| BRISON SWEARINGEN Sheriff, Clay County Jail, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Eliazin Ocampo Nolasco's petition for a writ of habeas corpus seeks his release from the

Clay County Jail, where he is detained on behalf of the U.S. Department of Homeland Security

(DHS). The petition remains under advisement. Respondents **shall notify the Court** within 24

hours of the filing of any appeal or of a decision to forego an appeal.

**IT IS SO ORDERED.**

Dated:  July 30, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Ibrahim
Ibrahim Law Office, LLC
michael@ibralaw.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Paul Umbaugh, IV
DOJ-USAO
paul.umbaugh@usdoj.gov

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov